```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
   KHAMIR GRANT, a Minor by his Mother and
   Natural Guardian, WAVENY WILLIAMS                                    ORDER
   GRANT, and WAVENY WILLIAMS GRANT,
   individually,                                                        09-cv-3625 (NGG)(JMA)

                         Plaintiffs,

          -against-

   THE CITY OF NEW YORK, POLICE OFFICER
   CAMERON EVELYN, Shield No. 3980, and
   JOHN and JANE DOE 1 through 4, individually
   and in their official capacities (the names John and
   Jane Doe being fictitious, as the true names are
   presently unknown),

                         Defendants.
------------------------------------------------------------------X
```
NICHOLAS G. GARAUFIS, United States District Judge.

By Report and Recommendation dated May 11, 2010 ("R&R"), United States Magistrate Judge Joan Azrack recommended that this court grant Plaintiffs' Motion for Approval of Infant Compromise (Docket Entry # 18). Because no objections have been filed, the court reviews the R&R for clear error only. See Mario v. P & C Food Mkts., Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Based on its review of the record, the court agrees with Judge Azrack's conclusion that the proposed settlement, including its provision for counsel's fee, is fair, reasonable, and protects the best interests of the infant. Accordingly, this court adopts Judge Azrack's R&R and GRANTS the motion.

SO ORDERED.

Dated: Brooklyn, New York
       June /6, 2010

s/Nicholas G. Garaufis
_____
NICHOLAS G. GARAUFIS
United States District Judge